UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| HAROLD F. BUTLER III, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.:   3:20-CV-141-TAV-HBG |
| | ) | |
| KEVIN GENOVESE, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, the instant petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability ("COA") is **GRANTED** on the sole claim that trial counsel rendered ineffective assistance in failing to advise Petitioner of a fifteen-year plea offer. A COA is **DENIED** as to all other claims.

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
        s/ John L. Medearis
        CLERK OF COURT